1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSEPH HOLGUIN,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF ALHAMBRA, A Municipal Corporation, et al.,<br><br>                Defendant. | Case No.  CV09-07309 (AJW)<br><br>**ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT**<br><br>*Action Filed: October 7, 2009*<br>*Trial Date: None.* |
|---|---|

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4821-8085-8118 v1

- 1 -

CV-09-07309 (AJW)
(PROPOSED)ORDER OF DISMISSAL AND ENTRY OF STIPULATED JUDGEMENT

The Court has reviewed the pleadings in this case, considered the applicable case law, and read the parties' Settlement Agreement and Release of Claims.

It is ORDERED:

1. Plaintiff Joseph Holguin ("Plaintiff"), contends that Defendant City of Alhambra ("City") violated requirements of the Fair Labor Standards Act ("FLSA") by employing Plaintiff longer than applicable maximum hours established by the FLSA, 29 U.S.C. § 207, without compensating Plaintiff at an overtime rate for pre-shift and post-shift activities that are required, integral, and an indispensible part of the principle activities of the work performed. Plaintiff also contends that he was not compensated for time spent "donning and doffing" his uniform and protective gear before, and after, his scheduled shifts. City denies Plaintiff's allegations.

2. The parties wish to amicably resolve and settle their differences. Plaintiff has executed a Settlement Agreement and Release of Claims ("Agreement") with City. City has approved the terms of the Agreement and has executed the Agreement. The parties filed the Agreement concurrently with their Joint Motion for Approval of Settlement and Entry of Stipulated Judgment.

3. The Court read the Agreement in its entirety, and finds that the Agreement is fair and reasonable. The Court recognizes that the Agreement represents the culmination of several months of litigation in which the parties had bona fide disagreements over the merits of Plaintiff's claims. Although the parties continue to disagree on the merits of Plaintiff's claims, the Court is satisfied that the Agreement demonstrates an intention by the parties that Plaintiff's claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future.

4. The content of the Agreement is expressly adopted and incorporated by reference in this Order of Dismissal and Entry of Stipulated Judgment.

1    5.   Pursuant to the Agreement and this Judgment, Plaintiff's claims in the
2  above-referenced, and numbered cause are DISMISSED WITH PREJUDICE in
3  their entirety.
4    THIS IS A FINAL JUDGMENT.
5    Signed this 7th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4821-8085-8118 v1           - 3 -           CV-09-07309 (AJW)
(PROPOSED)ORDER OF DISMISSAL AND ENTRY OF
STIPULATED JUDGEMENT